No. 2018. EL PUEBLO, APELADO, *v.* ROSA, APELANTE. — Corte de Distrito de Humacao. Libelo infamatorio. Resuelto en marzo 5, 1923. Oidos los informes de las partes en este caso y examinados los alegatos y el del Fiscal, allanándose a la revocación solicitada por el apelante, se resuelve revocar la sentencia apelada.

No. 2957. SOCIEDAD ANÓNIMA CRÉDITO Y AHORRO PONCEÑO, APELANTE, *v.* BEIRÓ ET AL., APELADO.—Corte de Distrito de Guayama. Resuelto en marzo 6, 1923. Examinada la moción de desestimación y la certificación y alegato que a la misma se acompaña, se declara con lugar y se desestima la apelación.

No. 2991. SANTIAGO H. PANZARDI, INC., APELANTE, *v.* MUNICIPIO DE SAN JUAN, APELADO.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en marzo 6, 1923. Daños y perjuicios. Examinada la moción de desestimación del apelado y la certificación que se acompaña, se declara con lugar y se desestima la apelación.

No. 2990. RAMOS, APELANTE, *v.* MÁRQUEZ, APELADA. — Corte de Distrito de Humacao. Reivindicación. Resuelto en marzo 6, 1923. Apareciendo que la apelación se interpuso en este caso después de vencido el término fijado por la ley, se declara con lugar la moción de la apelante y se desestima la apelación.

No. 2931. CARRASQUILLO, APELANTE, *v.* MARTÍNEZ ET AL., APELADOS. — Corte de Distrito de Humacao. Resuelto en marzo 6, 1923. *Injunction.* Celebrada la vista de la moción de desestimación presentada por los apelados, en cuyo acto la apelante se allanó a la desestimación solicitada, se declara con lugar y se desestima la apelación.